UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES A. BATTLE, JR.,

                Plaintiff,

   v.

ARLEN HATTLE, BERNARD WARNER, STEPHEN LARD, DAWN THOMPSON, LAURENCE MAYS, K. BRUNER, ELDON VAIL, GARY HARP,

                Defendants.

No. C13-5086 BHS/KLS

ORDER DIRECTING SUBMISSION OF SERVICE ADDRESS FOR UNSERVED DEFENDANTS

On February 13, 2013, the Court directed service of Plaintiff's Complaint on the named defendants at the addresses provided by Plaintiff. ECF No. 7. However, the returns of service sent to Defendants Gary Harp and Dawn Thompson were returned to the Court marked "not at this address." ECF Nos. 10 and 11. Because service has not been effected, personal jurisdiction over Gary Harp and Dawn Thompson does not exist and the Court has no authority over them at this time. However, if Plaintiff provides the Court with current addresses for these individuals, the Court will direct that service be again attempted.

Accordingly, it is **ORDERED that** the Clerk shall send a copy of this Order to the Plaintiff. Plaintiff is directed to provide the Court with new addresses for Gary Harp and Dawn Thompson on or before **March 15, 2013,** or the Court will recommend dismissal for failure to prosecute as to these individuals.

**DATED** this 27th day of February, 2013.

                Karen L. Strombom
                United States Magistrate Judge

ORDER - 1