UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES A. BATTLE, JR,

    Plaintiff,

v.

ARLEN HATTLE, et al.,

    Defendants.

CASE NO. C13-5086 BHS-KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 21. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)   The R&R is **ADOPTED**; and

(2)   Plaintiff's Motion For Preliminary Hearing on Injunctive Relief (Dkt. 17) is **STRICKEN** from the Court's docket.

Dated this 22nd day April, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER