UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES A. BATTLE JR,

    Plaintiff,

v.

ARLEN HATTLE, et al.,

    Defendants.

CASE NO. C13-5086 BHS-KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 45. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Plaintiff's Motion for Summary Judgment Against Defendant Laurence Mays (Dkt. 30) is **DENIED;** Defendant Laurence Mays' Cross-Motion for Summary Judgment (Dkt. 35) is **GRANTED;** and Plaintiff's claims against Defendant Laurence Mays are **DISMISSED with prejudice.**

Dated this 24th day December, 2013.

                                          BENJAMIN H. SETTLE
                                          United States District Judge