UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES A. BATTLE, JR.,

    Plaintiff,

v.

ARLEN HATTLE, et al.,

    Defendants.

CASE NO. C13-5086 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 49. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     Defendants' Motion for Summary Judgment (Dkt. 47) is **GRANTED**; and Plaintiff's claims against Defendants K. Bruner, Arlen Hattel, Stephen Lard, and Bernard Warner are **DISMISSED with prejudice**; Plaintiff's claims against Defendant Eldon Vail are **DISMISSED without prejudice**.

Dated this 17th day March, 2014.

    BENJAMIN H. SETTLE
    United States District Judge

ORDER